B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Idaho, Pocatello Division

In re   Larson, Nicholas Ryan _____   Case No. _____
                                Debtor(s)                Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $      2,600.00
   Prior to the filing of this statement I have received           $          0.00
   Balance Due                                                     $      2,600.00

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   e. Counsel has a line of credit from a third-party lender secured by the assignent to the lender of the account receivable owed by Debtor(s). The financing is not factoring and also should not be considered an agreement ot share compensation. The Lender will have rights to collect payment from the Debtor(s) as well as any third party gurantor. Any such financing will clreay provide that the Debtor(s) are fully informed and must consent to the financing and assignment. The actual loan agreements will be made available upon request by a party-in-interest.

   f. Debtor and Attorney have entered into two separate fee agreements. The first was for $0.00, signed pre-petition, for the preparation and filing of the bankruptcy petition, and review, analysis and advisement of the typical matters that are required to be preformed pre petition by a bankruptcy attorney under the applicable bankrutpcy and ethical rules. Any fees and costs for pre-petition services that were unpaid and owing at the time of filing were waived by Counsel. The second fee agreement was for $2,600.00, signed post petition for the completion of the balance of the schedules, representation at the 341 meeting of creditors, and othe legal servives outlined in the fee agreement. The post peition agreement allows the Debtor(s) to make payments for up to 12 months post-petition for the post petition fees. Counsel's services to the Debtor(s) are not unbundled and are instead bifurcated into pre-and post-petition services as described in Bethea v. Robert J Adams & Associates 352 F.3d 1125, 1128 (7th Cir. 2003), cert. denied, 158 L. Ed. 2d 733, 124 S. Ct. 2176 (2004), In re Sanchez, 241 F.3d 1148, 1150-51(9th Cir. 2001), and related cases. Counsel is able to draw funds under its line of credit in an amount up to 75% of the post petition fees so long as it assigns the post-petition receivable to the lender as collateral, in which event the lender will manage the account receivable in accordance with the terms of the line of credit agreement.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Debtor: _____ /s/ Nicholas Larson _____
   _____    Date: 12/22/2019

   Co-Debtor: _____
   _____    Date: _____

Software Copyright (c) 2019 CINGroup - www.cincompass.com

In re   **Larson, Nicholas Ryan** _____     Case No. _____
                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 31, 2019** _____     /s/ Kameron Youngblood _____
*Date*                                              **Kameron Youngblood**
                                                    *Signature of Attorney*
                                                    **Youngblood Law**

                                                    PO Box 50495
                                                    Idaho Falls, ID 83405-0495
                                                    (208) 525-3328  Fax: (208) 525-3330
                                                    youngbloodlaw@gmail.com
                                                    *Name of law firm*

Software Copyright (c) 2019 CINGroup - www.cincompass.com