Fill in this information to identify your case:

Debtor 1: Nicholas Ryan Larson

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known): 20-40001

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____    Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Nicholas Larson               X _____
Nicholas Ryan Larson                Signature of Debtor 2
Signature of Debtor 1

Date January 27, 2020               Date _____

Debtor 1   Larson, Nicholas Ryan _____   Case number (if known) 20-40001 _____

bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Nicholas Larson   *signature*
Nicholas Ryan Larson                              Signature of Debtor 2
Signature of Debtor 1

Date   January 27, 2020 _____          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 7
Software Copyright (c) 2020 CINGroup - www.cincompass.com