UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>NICHOLAS LARSON<br><br>Debtor. | Case No. 20-40001-JMM<br><br>Chapter 7 |

### ORDER TEMPORARILY RESTRICTING ATTORNEY KAMERON YOUNGBLOOD WITH REQUIREMENT TO PROVIDE STATUS REPORT IN ALL BANKRUPTCY CASES FILED BY HIM AFTER OCTOBER 7, 2021

The United States Trustee's *Motion for Monetary and Injunctive Remedies*, Dkt. No. 56 (the "Motion"), came for hearing before the Court on October 7, 2021. Appearing at the hearing were Andrew Jorgensen and Jason Naess on behalf of the United States Trustee, Debtor Nicholas Larson, Alexandra Caval as attorney for the Debtor, Chapter 7 trustee Gary Rainsdon, and Kameron Youngblood (appearing telephonically).

The Court has reviewed and considered the Motion, as well as the testimony of Mr. Rainsdon, the testimony of Mr. Larson, the statements of Kameron Youngblood, and the evidence presented at the hearing. The Court made findings on the record related to the evidence presented and the Motion and, for good cause appearing, the Court enters its Order as follows:

IT IS HEREBY ORDERED that Kameron Youngblood must file a status report with the Court in each bankruptcy case filed after October 7, 2021 where he appears as counsel.[1] The status report should include a clear attestation by Mr. Youngblood indicating:

---

[1] This includes all bankruptcy cases filed after October 7, 2021 by Kameron Youngblood in the Bankruptcy Court for the District of Idaho assigned to any Bankruptcy Judge.

1

(1) Mr. Youngblood's bankruptcy client has provided him a copy of the wet signatures for the Petition, Schedules, SOFA, and other documents filed in the case, and such are being retained by Mr. Youngblood in his files;

(2) Mr. Youngblood personally met with the client, either in person, telephonically, or by other electronic or video conferencing platform, and reviewed the complete Petition, Schedules, SOFA, and other documents with the client prior to filing each document; and

(3) The client's questions have been answered regarding the Petition, Schedules, SOFA, and other documents, and the information included therein.

This Order and requirement to file such a status report continues until further Order of the Court or until December 31, 2022, whichever first occurs.

The Court reserves the right to extend that deadline if such is warranted, either on its own motion or upon motion of the United States Trustee, after notice and a hearing.

DATED:  October 25, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

A proposed order was submitted by Andrew Jorgensen, Attorney for the United States Trustee. The Court made modifications to the submitted proposed order and has entered it with those modifications.  The comment below was submitted as part of the proposed order.

Regarding approval of Kameron Youngblood: As requested by the Court, the United States Trustee's Office ("UST") requested review and signature approval by Kameron Youngblood. The UST sent the preceding order to youngbloodlaw@gmail.com on October 13, 2021. The UST also followed up by email on October 18. 2021. As of October 22, 2021, no response was received. The UST thus submits the Order without Mr. Youngblood's signature approval.